UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.:  04-700 (MJD/JGL)

BIBLE & GOSPEL TRUST, ET AL.,

        Plaintiffs,

v.                                              ORDER

RICHARD WYMAN,

        Defendant.

_____

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining

jurisdiction for 30 days to permit any party to move or reopen the action, for good cause

shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the

settlement terms.

Dated: May 31, 2005

                        s/ Michael J. Davis
                        MICHAEL J. DAVIS
                        United States District Court Judge